NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROLITEC, INC,**
*Appellant,*

v.

**SCENTAIR TECHNOLOGIES, INC,**
*Appellee.*

---

2015-1020
(Serial No. IPR2013-00179 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

### O R D E R

Upon consideration of the Appellant's unopposed motion to extend time to file its principal brief until January 14, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

November 26, 2014   /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court