NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROLITEC, INC**
*Appellant,*

v.

**SCENTAIR TECHNOLOGIES, INC,**
*Appellee.*

---

2015-1020

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00179.

---

**ON MOTION**

---

**O R D E R**

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") informs the court that the Director exercises the right under 35 U.S.C. § 143 to intervene in the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

   The motion is granted.  The Director is an intervenor in this appeal.  The Director should calculate the due date for her brief from the date of filing of this order.  The appellant should calculate the due date for its reply brief from the date of service of the Director's brief.

For the Court

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27